# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**BERNARD COURT, LLC**                                                      **PLAINTIFF**

**v.**                  Case No. 3:18-cv-00115 KGB

**WALMART INC.**                                                         **DEFENDANT**

## ORDER OF REASSIGNMENT

The above styled case was assigned to the docket of United States District Judge Kristine G. Baker, on June 25, 2018. Because the law firm of Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. appears on the Court's recusal list and has entered an appearance as counsel for defendant Walmart Inc., the case should be reassigned.

The Clerk's Office is directed to issue a Notice of Reassignment.

Dated this 18th day of July 18, 2018.

                                                                   **AT THE DIRECTION OF THE COURT**
                                                                   **JAMES W. McCORMACK, CLERK**

                                                                   BY: /s/ Tracy M. Washington
                                                                       Courtroom Deputy to United States
                                                                       District Judge Kristine G. Baker